**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AJA BRYANT et al,

Plaintiffs,

v.

CASPER PHARMA LLC,

Defendant.

Case No.: 2:25-cv-05355-JLS-PD

**ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 56)**

The Court, having considered the parties' Stipulation of Dismissal With Prejudice (Doc. 56), ORDERS that the above-captioned action, including all claims and causes of action that were or could have been asserted therein by Plaintiffs against Defendant, is DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with the action.

Dated: September 30, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE