JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AJA BRYANT et al.,

Plaintiffs,

v.

CASPER PHARMA LLC,

Defendant.

Case No. 2:25-cv-05355-JLS-PD

**JUDGMENT**

Pursuant to the Court's September 30, 2026 Order (Doc. 58), it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.

DATED: October 5, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE